■ In the Matter of GRACE KNIGHT, Petitioner, v. ROBERT E. HERMAN, as State Rent Administrator, et al., Respondents.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondents. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ In the Matter of BENJAMIN ROSEN, Petitioner, v. HILDA G. SCHWARTZ, as Treasurer of the City of New York, Respondent.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SIGMUND ZOCHOWSKI, Appellant.— Order entered on May 22, 1961 unanimously affirmed. No opinion. Order entered on July 7, 1961 unanimously affirmed. No opinion. Concur — Rabin, J. P., Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARNOLD JOSEPH WINTERS, Appellant.— Order entered on April 24, 1962 unanimously affirmed. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ JANE THIELE, Respondent, v. ROBERT THIELE, Appellant.— Order entered on April 23, 1962 unanimously affirmed, without costs. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER JONES, Appellant.— Order entered on October 14, 1960 unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OLIVER SMITH, Appellant.— Order entered on October 14, 1960 unanimously affirmed. No opinion. Order entered on October 26, 1961 unanimously affirmed. No opinion. Appeal from order entered on November 21, 1961 unanimously dismissed, without costs. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Steuer, JJ.

■ WILLIAM SCHNEIDER, Respondent, v. SOPHIA POLLAND, Appellant.— Order entered on January 11, 1962 unanimously affirmed, with $20 costs and disbursements to the respondent, with leave to defendant to serve an amended answer within 30 days after service of a copy of the order entered herein, with notice of entry. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Steuer, JJ.

■ WILLIAM SCHNEIDER v. SOPHIA POLLAND.— Motion for an order striking defendant-appellant's papers on appeal granted, with $10 costs to the extent of striking from the record on appeal pages 5, 6, 7, 9, 10, 11, 12, 15 and 16. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan. JJ.

■ MARIO R. CACCHIONE, Appellant, v. WESTCHESTER COUNTRY CLUB et al., Defendants, and HARRISON-RYE REALTY CORPORATION, Respondent.— Order, entered on November 9, 1960, unanimously affirmed, with $20 costs and disbursements to the respondent, on the opinion of Mr. Justice Greenberg at Special Term. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Steuer, JJ. [27 Misc 2d 757.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM HAYNES, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Steuer, JJ.

■ In the Matter of YALE EMPLOYMENT AGENCY, INC. v. BERNARD J. O'CONNELL, as Commissioner of Licenses of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. The stay contained in the order to show cause, dated May 25, 1962, is vacated. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.